```
MARK L. MILLER, ESQ.        SBN: 171394
Miller Business and Legal Center
2341 Jefferson Street, Suite 100
San Diego, CA 92110
(619) 574-0551

Attorney for Debtor
```

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF SOUTHERN CALIFORNIA

| | |
|---|---|
| In re: | Bankruptcy No. 03-2352-JM |
| ANNA GAYTAN<br>aka ANNA CAMBEROS,<br><br>Debtor | Chapter 7<br><br>DEBTOR'S MOTION TO RELEASE<br>GARNISHED MONIES |

The Debtor in the aforementioned case hereby moves the Court to Order the release of monies retained by PACIFIC STATES CREDIT COMPANY, A Sole Proprietorship of Jeff Allan McCoon, and THE SAN DIEGO COUNTY SHERIFF for the following reasons:

1. The Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on 3/14/03.

2. The Debtor's wages were garnished over a ninety-day period prior to filing Chapter 7 bankruptcy in the amount of $1,995.31.

3. The Debtor's wages were further garnished over a thirty-day period after filing Chapter 7 bankruptcy in the amount of $952.39.

4. The total of these garnished monies is $2,947.70.

5. Debtor has claimed said monies as exempt under 703.140(b)5.

6. PACIFIC STATES CREDIT COMPANY, A Sole Proprietorship of Jeff Allan McCoon, and THE SAN DIEGO COUNTY SHERIFF have possession of these monies.

1

7.  PACIFIC STATES CREDIT COMPANY, A Sole Proprietorship of Jeff Allan McCoon, and THE SAN DIEGO COUNTY SHERIFF require a Court Order from the Bankruptcy Court to release garnished monies.

WHEREFORE, Plaintiff prays for the Court to sign the ORDER TO RELEASE GARNISHED MONIES.

Dated: 4-18-03

_____
Mark L. Miller, Attorney for Debtor