## MINUTES OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

IN RE:  
ANNA GAYTAN

BANKRUPTCY NO: 03-02352-M7  
DATE: JUNE 17, 2003  
TIME: 10:00 a.m.

**APPEARANCES:**

**PRESIDING BANKRUPTCY JUDGE:**

For Debtor: [ ] Debtor  [ ] Joint Debtor  
[✓] Mark Miller _____, Atty for Debtor(s)  
[ ] _____, Trustee  
[ ] _____, Atty for Trustee   Reporter: Federal Court Reporters  
[ ] _____, Atty for U.S. Trustee  
[ ] In Pro Per _____, Atty for MCCOON, Movant  
[ ] _____, Atty for Respondent  
[ ] _____, Atty for _____  
[ ] _____, Atty for _____  
[ ] _____, Atty for _____  
[ ] _____, Atty for _____  
[ ] If applicable, additional appearances noted on reverse side

Honorable James W. Meyers

**PROCEEDING:**

MCCOON'S OPPOSITION TO DEBTOR'S MOTION TO RELEASE GARNISHED MONIES

**DISPOSITION:**  [✓] Continued to  8-8-03  at 10:30 a.m.  
[ ] Granted  [ ] Denied      [ ] Stipulation read into record  
[ ] Taken under submission    [ ] Off calendar  
[ ] Disclosure statement approved [ ] Plan confirmed  
[ ] Other:

Exhibits received: [ ] Yes    [ ] In evidence    [ ] Returned to parties

**JUDGMENT OR ORDER:**  
[ ] To be prepared by Court    [ ] To be prepared by _____  
[ ] Included in this Memo      [ ] Filed in Court

[ ] Contested                  _____, Deputy Clerk

CSD 1500