CSD 1182 [12/01/03]
Name, Address, Telephone No. & I.D. No.

Mark L. Miller, Esq. SBN: 171394
2341 Jefferson Street, Suite 100
San Diego, CA 92110
(619) 574-0551

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Anna Gaytan

BANKRUPTCY NO. 03-2352

Tax I.D.(EIN)#:_____ /S.S.#:XXX-XX-_____  Debtor.

**NOTICE OF MOTION FOR** Re-Opening Bankruptcy Case

TO: CHAPTER 7 TRUSTEE AND ALL INTERESTED PARTIES

You are herewith served with the attached Motion by TO RE-OPEN BANKRUPTCY CASE

for: Anna Gaytan

and any accompanying declarations.

If you object to the Court granting the relief requested in the Motion:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. If a Chapter 7, 11, or 12 case, determine which deputy to call by looking at the Bankruptcy Case No. in the above caption of this notice. If the case number is followed by the letter:

   - M - call (619) 557-6019 - DEPARTMENT ONE (Room 218)
   - A - call (619) 557-6594 - DEPARTMENT TWO (Room 118)
   - H - call (619) 557-6018 - DEPARTMENT THREE (Room 129)
   - B - call (619) 557-5157 - DEPARTMENT FOUR (Room 328)

   For ALL Chapter 13 cases, call (619) 557-5055.

2. **WITHIN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE OF THE MOTION**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO MOTION and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned moving party, together with any opposing papers. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall

---

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 1182                                                    [Continued on Page 2]

CSD 1182 (Page 2) [12/01/03]

    a. Identify the interest of the opposing party; and

    b. state, with particularity, the grounds for the opposition.

3. YOU MUST file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO INTENDED ACTION" AND "REQUEST AND NOTICE OF HEARING" within the 14-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the debtor or trustee may proceed to take the intended action.

DATED: April 22, 2004

_____
Attorney for Moving Party

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __22__ day of __April, 2004__, I served a true copy of the within NOTICE OF MOTION by [describe here mode of service]
US Mail Postage Pre-Paid

on the following persons [set forth name and address of each person served] and/or as checked below:

[ ] Attorney for Debtor (if required)

James L. Kennedy, PO Box 28459, San Diego, CA 92198
Jeff Allan McCoon, Pacific States Credit Company, PO Box 260, Oakhurst, CA 93644

[✓] For Chpt 7, 11, & 12 cases

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

[ ] For Chpt 13 cases numbered 90-03445 or lower and ODD numbers beginning with 92-01217
THOMAS H. BILLINGSLEA, JR., TRUSTEE
530 "B" Street, Suite 1500
San Diego, CA 92101

[ ] For Chpt 13 cases numbered 90-03446 to 92-01215 and EVEN numbers beginning with 92-01216
DAVID L. SKELTON, TRUSTEE
600 "B" Street, Suite 2000
San Diego, CA 92101-4507

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __April 22, 2004__
    (Date)

Debra Giarrusso _____
(Typed Name and Signature)

2341 Jefferson Street, Suite 100
(Address)

San Diego, CA 92110
(City, State, ZIP Code)

CSD 1182